# Order

Michigan Supreme Court
Lansing, Michigan

November 8, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144385(9)

_____

IN RE CERTIFIED QUESTION FROM THE
UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MICHIGAN

SC: 144385
USDC-WD: 4:05-CV-79

_____

PAMELA MATTISON, o.b.o. M.M. and M.M.,
　　　　Plaintiff,

v

COMMISSIONER OF SOCIAL SECURITY,
　　　　Defendant.

_____

　　　　On order of the Chief Justice, the motion for the temporary admission to practice of Helen L. Gilbert and for waiver of the fee prescribed by MCR 8.126(A)(1)(d) is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 8, 2012

_____
Clerk